# Court of Appeals
# of the State of Georgia

ATLANTA,  April 07, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1368. DEMETRIS WILLIS v. THE STATE.**

Demetris Willis entered a negotiated guilty plea to multiple felonies, including child molestation, statutory rape, and sexual exploitation of children. Shortly thereafter, Willis filed a motion to withdraw his plea, alleging ineffective assistance of counsel, and approximately an hour later, he filed a notice of appeal. The appeal was docketed in this Court before the trial court could issue a ruling on his motion to withdraw and ineffectiveness claims. Willis's appeal is premature.

Under OCGA § 5-6-34 (a), a direct appeal lies from a final order. "Generally, an order is final and appealable when it leaves no issues remaining to be resolved, constitutes the court's final ruling on the merits of the action, and leaves the parties with no further recourse in the trial court." *Thomas v. Douglas Co.*, 217 Ga. App. 520, 522 (1) (457 SE2d 835) (1995). Here, Willis's motion to withdraw his plea raising ineffective assistance of counsel claims remains pending below. Accordingly, this case is REMANDED for the trial court to consider Willis's motion. Upon resolution, by order of the trial court, of Willis's motion, the Clerk of the Superior Court of Muscogee County is directed to retransmit the record to this Court. At that time,

Willis's appeal will be redocketed and briefing shall be as provided in the new notice of docketing.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,__04/07/2025_____*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*